UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI POORSINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N. A., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06644-PHK<br><br>**ORDER VACATING ALL CURRENTLY SET HEARINGS AND RESOLVING PLAINTIFF'S ADMINISTRATIVE MOTION**<br><br>Re: Dkts. 35, 37, and 39 |

# ORDER

Plaintiff Ali Poorsina filed this action pro se on December 28, 2023. [Dkt. 1]. Plaintiff Poorsina filed a motion to proceed *in forma pauperis* on the same date. [Dkt. 2]. On June 14, 2024, the Court **DENIED** Plaintiff Poorsina's application to proceed *in forma pauperis* pursuant to the mandatory screening requirements of 28 U.S.C. § 1915(e)(2)(B). [Dkt. 28]. On July 17, 2024, Plaintiff Poorsina filed a timely amended complaint. [Dkt. 32].

Subsequently, Plaintiff Poorsina filed a motion for entry of default, dkt. 33, Defendant Bank of America, N.A., filed a motion to dismiss, dkt. 35, and Defendants Xiaosong Zhang and Meng Li filed a motion to join Defendant Bank of America's motion to dismiss, dkt. 37, and Plaintiff Poorsina filed an administrative motion to change the deadline for filing an opposition to Defendant Bank of America's motion to dismiss, dkt. 39.

Currently, the motion to dismiss hearing is set for November 14, 2024. [Dkt. 33]. Additionally, the joinder motion is set for November 14, 2024. [Dkt. 37]. Because Plaintiff Poorsina seeks leave to proceed *in forma pauperis*, Section 1915 requires that the Court conduct a review to determine Plaintiff Poorsina's eligibility for *in forma pauperis* status and to screen the

complaint. Pursuant to Section 1915, the Court must assess whether Plaintiff Poorsina has adequately demonstrated an inability to pay the costs of the lawsuit and whether the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. Should Plaintiff Poorsina be granted *in forma pauperis* status, and should the Court find that the amended complaint satisfies the mandatory screening requirements of Section 1915, the Marshals would then be directed to effectuate service of process on all Defendants and the case may proceed to the next stage. However, the mandatory screening process as dictated by Section 1915(e)(2) remains a **prerequisite** before advancing to any subsequent stages of the case.

Accordingly, due to the procedural posture of this case, the Court **VACATES** Defendant Bank of America's motion to dismiss hearing, currently set for November 14, 2024. [Dkt. 35]. Additionally, the Court **VACATES** Defendants Xiaosong Zhang and Meng Li's motion to join Defendant Bank of America's motion to dismiss hearing, currently set for November 14, 2024. [Dkt. 37]. All deadlines associated with the motions are also **VACATED** due to the procedural posture of the case. [Dkts. 35 and 37]. The Court shall reset any deadlines after the completion of the mandatory screening requirement pursuant to Section 1915.

Plaintiff Poorsina's administrative motion to change deadline for filing an opposition to Defendant Bank of America's motion to dismiss is **RESOLVED** due to the procedural posture of this case.

**IT IS SO ORDERED.**

Dated: November 5, 2024

_____
PETER H. KANG
United States Magistrate Judge